# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** Basem E Habash

**County of Residence:**

**Plaintiff's Atty:** Jeffrey B Rose
Tishler & Wald Ltd
200 S. Wacker Dr.,
Ste 3000, Chicago, ILL
312-876-3800

**Defendant(s):**

**County of Residence:**

**Defendant's Atty:**

FILED
JAN - 7 2008 rq
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
(Diversity Cases Only)
  Plaintiff:- N/A
  Defendant:- N/A

08CV0120
JUDGE HIBBLER
MAG. JUDGE COX

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 422 Appeal 28 USC 158



**VI. Cause of Action:** **Notice of Appeal**

**VII. Requested in Complaint**

  **Class Action:**
 **Dollar Demand:**
  **Jury Demand: No**

**VIII. This case IS NOT a refiling of a previously dismissed case.**

**Signature:** _Carl Dell Woten_

**Date:** _1-7-08_

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00