IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>BASEM E. HABASH,<br><br>      Debtor.<br><br>NAJIB ZEDAN,<br>    Plaintiff-Appellant,<br><br>    v.<br><br>BASEM E. HABASH and<br>SUSAN HABASH,<br><br>    Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **No. 08 cv 00120**<br><br>**Hon. William J. Hibbler**<br>(On Appeal from the United<br>States Bankruptcy Court for<br>the Northern District of Illinois<br>Eastern Division, Case No.<br>04-32169, Adv. No. 06-01021) |

## NOTICE OF MOTION

TO: Maurice J. Salem
   7156 West 127th Street, B-149
   Palos Heights, Illinois 60463
   Facsimile: (708) 448-4515

 PLEASE TAKE NOTICE that on the 17th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hibbler or any Judge sitting in his stead, in Courtroom 1225, in the Everett McKinnley Dirkson Building, 219 South Dearborn, Chicago, Illinois and shall then and there present Defendants-Appellees' Motion to Dismiss, a copy of which is attached hereto and herewith served upon you.

                   /s/ *Jeffrey B. Rose*
                    Jeffrey B. Rose

Jeffrey B. Rose
Attorney for Defendants-Appellees
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 876-3800

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that the foregoing Notice of Motion and Defendants-Appellees' Motion to Dismiss were served upon the person listed on the Notice of Filing by facsimile delivery and by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt on April 15, 2008.

                                                              /s/ *Jeffrey B. Rose*
                                                                 Jeffrey B. Rose

Jeffrey B. Rose
Attorney for Defendants-Appellees
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 876-3800