**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Basem E. Habash
          Plaintiff,

v.                Case No.: 1:08−cv−00120
                Honorable William J. Hibbler

Basem E. and Susan Habash
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

   MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held and continued to 6/19/2008 at 9:30 A.M. Defendants are granted leave to file motion to dismiss. The motion to dismiss [4] is entered. No briefing schedule will be set at this time. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.