UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **BASEM E. HABASH** | ) | |
| | ) | |
| Debtor**.** | ) | |
| **NAJIB ZEDAN,** | ) | |
| Plaintiff-Appellant, | ) | **No. 08 cv 00120** |
| | ) | |
| v. | ) | **Hon. William J. Hibbler** |
| | ) | (On appeal from the U.S. |
| **BASEM E. HABASH and** | ) | Bankruptcy Court for the |
| **SUSAN HABASH,** | ) | Northern District of Illinois |
| Defendants-Appellees. | ) | 04-32169, Adv. No. 06-01021) |

**NOTICE OF CROSS-MOTION
TO SUSPEND ACTION PENDING DISPOSITION IN OTHER COURTS**

TO: Jeffrey B. Rose
Attorney for Defendants-Appellees
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 876-3800

PLEASE TAKE NOTICE that on the 19th day of June, 2008 at 9:30a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William J. Hibbler or any Judge sitting in his stead, in Courtroom 1225, at 219 South Dearborn, Chicago, Illinois and shall then and there present Plaintiff-Appellant's Motion to Suspend action pending disposition in other Courts, a copy of which is attached hereto.

Dated: June 13, 2008

_____
Maurice J. Salem
Attorney for Appellant
7156 W. 127th Street, B-149
Palos Heights, IL. 60463
Tel.(708) 277-4775
Fax (708) 448-4515