## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Basem E. Habash
        Plaintiff,

v.              Case No.: 1:08−cv−00120
              Honorable William J. Hibbler

Basem E. and Susan Habash
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/19/2008. Motion hearing held on 6/19/2008 regarding motion to dismiss [4], motion to set aside [7]. Defendant−Appellees' Motion to dismiss [4] is granted without objection. Plaintiff−Appellant's Cross Motion to suspend action [7] is denied as moot. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.